

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Edward Dean Hohner<br><br>        **Petitioner,**<br>     V.<br><br>Richard Ives, Warden;<br>USP-Lompoc, California<br><br>        **Respondent.** | Civil Action No.   15CV955-JLS (KSC)<br><br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court adopts the Report and Recommendation, and denies the Petition for Habeas Corpus.

Date:    4/17/18

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ M. Lozano

            M. Lozano, Deputy